1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  MARTIN JARVIS,                          Case No. C16-5724-JPD

9           Plaintiff,                     ORDER AND JUDGMENT

10          v.

11  NANCY A. BERRYHILL, Deputy
    Commissioner of Social Security for
12  Operations,

13          Defendant.

14

15          This matter comes before the Court on remand from the U.S. Court of Appeals for the

16  Ninth Circuit, which granted the parties' stipulation to vacate the Court's prior judgment and

17  remand this matter to the Commissioner for further proceedings.  Dkt. 20, 24.  The Ninth

18  Circuit directed this Court to effectuate the remand in accordance with the terms of the parties'

19  stipulation (Dkt. 20), which the Court hereby does.

20          According to the parties' agreement (Dkt. 27), this case is remanded under sentence

21  four of 42 U.S.C. §405(g) to the Commissioner for a de novo hearing and a new decision.  The

22  Commissioner will evaluate the additional evidence submitted, including the evidence of

23  Plaintiff's subsequent award of benefits, and reevaluate the medical evidence pursuant to the

24  provisions of 20 C.F.R. §404.1527 and Social Security Ruling 17-2p, explaining the weight

25  given to each opinion and providing legally sufficient reasons if rejecting an opinion.  The

26  Commissioner will evaluate Plaintiff's mental impairments in accordance with the special

technique described in 20 C.F.R. §404.1520a, documenting application of the technique in the decision by providing specific findings and appropriate rationale for each of the functional areas described in 20 C.F.R. § 404.1545. The Commissioner will reevaluate Plaintiff's maximum residual functional capacity (20 C.F.R. §404.1545 and Social Security Rulings 85-16 and 96-8p. If warranted, the Commissioner will obtain evidence from a psychological medical expert concerning the nature and severity of Plaintiff's mental impairments, and to assess any limitations (20 C.F.R. §404.1527). If warranted, the Commissioner will obtain evidence from a vocational expert to clarify the effects of the assessed limitations on Plaintiff's occupational base. No aspect of the administrative law judge's prior decision is affirmed, and Plaintiff may submit additional evidence and arguments on remand.

Accordingly, the Commissioner's decision in this case is REVERSED and REMANDED for further proceedings, judgment is entered for Plaintiff, and this case is closed.

DATED this 2nd day of July, 2018.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge